# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**553**
**CA 13-01126**

PRESENT: SCUDDER, P.J., FAHEY, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

STATE BANK OF TEXAS, PLAINTIFF-RESPONDENT,

V  MEMORANDUM AND ORDER

KAANAM, LLC, DEFENDANT,
MILIND K. OZA AND NAYNA M. OZA,
DEFENDANTS-APPELLANTS.
(APPEAL NO. 2.)

---

LAW OFFICE OF CARL E. PERSON, NEW YORK CITY (CARL E. PERSON OF COUNSEL), FOR DEFENDANTS-APPELLANTS.

MORRISROE HEBERT LLP, BUFFALO (RICHARD J. MORRISROE OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Chautauqua County (John A. Michalek, J.), entered September 25, 2012. The order denied the motion of defendants Milind K. Oza and Nayna M. Oza seeking, inter alia, leave to renew.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *State Bank of Texas v Kaanam, LLC* ([appeal No. 1] ___ AD3d ___ [Aug. 8, 2014]).

Entered: August 8, 2014                    Frances E. Cafarell
                                           Clerk of the Court